61 So.2d 857

**L. O. JORDAN v. STATE.**

**7 Div. 184.**

Supreme Court of Alabama.

Dec. 18, 1952.

A. L. Crumpton, Ashland, for petitioner.
Si Garrett, Atty. Gen., opposed.

STAKELY, Justice.

Petition of L. O. Jordan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Jordan v. State, 36 Ala.App. 572, 61 So.2d 855.

Writ denied and petition dismissed.

LIVINGSTON, C. J., and BROWN and LAWSON, JJ., concur.